# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

June 20, 2007

Jennifer Shasky Calvery
Gregory C.J. Lisa
US DEPT OF JUSTICE - Organized Crime/Racketeering Section
1301 NEW YORK AVE NW STE 700
WASHINGTON, DC 20005

—

Re:   USA v. Egor Michailovich Chernov, aka Vasko Svetlinov Aleksandrov
      2:07MJ00227 DN
      Counsel for: Plaintiff, United States of America

Dear Counsel:

   As an attorney representing the government who is not a member of the bar of this court, you are required by the local rules of practice to be admitted *pro hac vice*.  Attorneys representing the United States are exempt, however, from payment of the required fee.

   Upon execution of the order of admission by the court, your appearance will be entered.  Make copies of the application and submit one for each attorney to be admitted.  Faxed copies are not acceptable.   Please contact the attorney registration clerk at 801-524-6100 if you have any questions about this procedure.


Sincerely,
D. Mark Jones, Clerk

By: *[signature]*
Bonnie King


Enclosure

# Admission Pro Hac Vice
# Instructions and Forms

Attorneys who are not members of this Court's Bar may practice before this Court only after having been admitted pro hac vice pursuant to DU.Civ. Rule 83-1.1 (d).  Non-resident attorneys who wish to be admitted must associate local counsel to sponsor their temporary admission.  Local counsel shall move the admission of the pro hac counsel, and substitute in court if required.   Local Counsel must file the following  with the court:

1. Motion by local counsel for admission of the pro hac vice attorney
   This should be filed electronically and the $15.00 fee paid on Pay.gov

2. Attached to the motion as an exhibit is the completed application for admission pro hac vice completed by the attorney seeking admission

3. Also attached as an exhibit should be a proposed order admitting the attorney.

Local counsel shall encourage pro hac vice attorneys to submit their electronic filing registration form as an exhibit to the application, noting that, if the pro hac vice attorney is a registered electronic filer in any other federal court, he or she will be given a Utah login and password upon submission of the application form.

The forms and fees must be paid for each case to which the attorney seeks admission.  Attorneys for the United States from other districts are exempt from the payment of the $15.00 fee but must comply with the other requirements of the rule.

HOURS: The Clerk's Office business hours are 8:30 a.m. to 5:00 p.m., Mountain Standard/Mountain Daylight Time.  There is a 24-hour/seven-day filing box at the south Main Street entrance to the building.

PHONE: Call the Clerk's Office at 801-524-6100

WEBSITE: Visit the court's web page at **http://www.utd.uscourts.gov** for basic information on the court, access to local rules, and downloadable forms.

FILINGS: The Court does not accept faxed filings.  Affidavits submitted as separate original filings must bear an original signature.

E-FILING: The Court mandated electronic filing for all cases on May 1, 2006.
The court will e-mail rather than mail orders, judgments and notices.

COPIES: Orders for copies of case documents must be prepaid.  The Clerk's Office accepts MasterCard, Visa, Discover and American Express.

DOCKETS: Case dockets are now accessible on the Internet via WebPACER at http://ecf.utd.uscourts.gov.  Charges are based on the number of pages accessed at $.08 per page.  To access it, you must be registered with the Clerk's office. You may register online at http://pacer.psc.uscourts.gov or call the PACER Service Center at 800-676-6856.

**Counsel Submitting and Utah State Bar Number**
**Attorney For**
**Address**
**Telephone**

# UNITED STATES DISTRICT COURT
## District of Utah   _____ Division

| | |
|---|---|
| _____ | *  *  Motion for Pro Hac Vice Admission and |
| Plaintiff | *  Consent of Local Counsel |
| | * |
| v. | * |
| _____ | *  Case No. |
| Defendant. | * |

    Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of _____ as pro hac vice counsel for _____ ( Plaintiff/Defendant) and consent to serve as local counsel.   The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated                                                       _____
                                                               Signature of local counsel

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:_____       Telephone:_____
Firm Name:        _____
Business Address:_____
                  _____
                  _____

Current bar memberships and date of admission:

_____         Admitted on_____
_____         Admitted on_____
_____         Admitted on_____
_____         Admitted on_____

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
____ No            ____Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:                  _____  none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)


_____          _____
Signature                        Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee.  All other attorneys must pay a fee of $15.00 concurrent with this application.  This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

   If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

_____

_____,  :
    Plaintiff  :
    :  ORDER FOR PRO HAC VICE ADMISSION
v.  :
    :
_____,  :
    Defendant  :  Case Number

_____

    It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of _____ in the United States District Court, District of Utah in the subject case is GRANTED.


Dated: this_____day of _____, 20_____.


                                                    _____
                                                    U.S. District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

**ELECTRONIC CASE FILING REGISTRATION FORM**

Active members and current pro hac vice members of the District of Utah's Bar may register for the District of Utah Electronic Filing System by (i) completing the required training and (ii) signing and returning this form to the Court. Please review carefully the registration conditions set forth below before signing.

_____          _____
**Name - First       Middle       Last**                                               **Firm Name**

_____          _____
              **Mailing Address**                                                      **City, State, Zip**

_____          _____
         **Utah State Bar # (if applicable)**                                     **Telephone Number**

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(D), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by either (i) notice of electronic filing, or (ii) e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will abide by all Court rules, orders, and procedures governing the use of the electronic filing system;
- The combination of user ID and password issued by this Court will serve as the equivalent of my signature when I file documents using the District of Utah's electronic filing system;
- I will carefully examine all documents prior to filing them electronically with this Court to either (i) redact sensitive and private information pursuant to DUCiv R , or (ii) move that the filing be sealed;
- I will secure and protect my Court-issued password against unauthorized use or compromise; and
- I will notify the Clerk of this Court within 24 hours when I (i) have a change of name, firm, address, or e-mail address to ensure proper and timely service, or (ii) learn that my password has been compromised.

**Email Address(es):**

   Use these address(es):  Primary Email address _____

   Up to two additional email addresses 1)_____ ,

   2) _____

**Notice Method:**  ☐  Separate Notice for each filing ( 1 email for each filing made) **(default)**
   (check one)     ☐  Daily Summary Report ( 1 email notification showing summary of all daily filings)

**To receive a login, you must complete one of these four options.  Please check appropriate box.**

| | |
|---|---|
| ☐ | I have attended the CMECF Training for Attorneys given by the Court. |
| ☐ | I have completed the CMECF Training for Attorneys given by an in-house trainer in my firm. |
| ☐ | I have completed the CMECF Online Computer-Based Training modules on the court website. |
| ☐ | I have an ECF account in the Utah Bankruptcy Court or in another Federal District Court.     District: |

**Date:** _____          **Signature:**_____

Please mail this completed form to: **United States District Court, Office of the Clerk, ATTN:  CM/ECF Registration, 350 S. Main St., Suite 150, Salt Lake City, Utah 84101**

After this Court processes this form, you will receive by email or US Mail your user ID and password that will enable you to access the system.  The User Guide and administrative procedures for system use may be downloaded at: http://www.utd.uscourts.gov/cmecf/documents/ecfpage.html.   Please call the Clerk's Office Help Desk at (801) 524-3248 if you have questions concerning registration, training, or use of the electronic filing system.