# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

**SEALED**



UNITED STATES OF AMERICA

v.

**Egor Michailovich Chernov**

To:   The United States Marshal
      and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 2:07CR00423 DAK

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest **EGOR MICHAILOVICH CHERNOV aka: Vasko Svetlinov Aleksandrov**
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged Conspiracy to Produce and Transfer False Identification Documents; Conspiracy to Make, Furnish and Possess False Passports.**

in violation of __18 USC 1028(f) and 18 USC 371_____ United States Code.

D. Mark Jones                                    Clerk of Court
Name of Issuing Officer                          Title of Issuing Officer

Signature of Issuing Officer                     June 28, 2007 at Salt Lake City, Utah
                                                 Date and Location
By: Bonnie King
    Deputy Clerk

Bail fixed _____ by _____
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 6-28-07 | NAME AND TITLE OF ARRESTING OFFICER  DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6-28-07 | Spencer | |