ORIGINAL TRANSCRIPT

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 1 0 2009

D. MARK JONES, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) <u>SENTENCING</u> |
| vs. | ) |
| EGOR CHERNOV, | ) 2:07-cr-00423 |
| Defendant. | ) Judge Kimball |

October 7, 2008 * 10:30 a.m.

Location:   Frank E. Moss U.S. District Courthouse
            350 South Main Street
            Salt Lake City, Utah

Reporter:   Ashley Davis, RPR
Notary Public in and for the State of Utah



CITICOURT
THE REPORTING GROUP

170 South Main Street, Suite 300
Salt Lake City, Utah 84101

PH: 801.532.3441   FAX: 801.532.3414   TOLL FREE: 877.532.3441

SHEET 1

IN THE UNITED STATES DISTRICT COURT
STATE OF UTAH

USA,
    Plaintiff,         ) SENTENCING
vs.
EGOR CHERNOV,         ) 2:07-cr-00423
    Defendant.         ) Judge Kimball

October 7, 2008 * 10:30 a.m.
Location: Frank E. Moss U.S. District Courthouse
350 South Main Street
Salt Lake City, Utah

Reporter: Ashley Davis, RPR
Notary Public in and for the State of Utah

---

A P P E A R A N C E S

FOR THE PLAINTIFF:

    Gregory C. Lisa
    Robert S. Tully
    SEIGEL, TULLY & FURRER
    Attorneys at Law
    501 Fairmount Avenue, Suite 100
    Towson, Maryland 21286
    (410) 669-9300
    Fax:  (410) 669-3894

FOR THE DEFENDANT:

    Dmitry Y. Gurovich
    GUROVICH, BERK & ASSOCIATES
    Attorneys at Law
    15250 Ventura Boulevard
    Suite 1220
    Sherman Oaks, CA 91403
    (818) 205-1555

---

PROCEEDINGS

    THE COURT: We're here this morning in the matter of United States of America versus Egor Chernov, 2:07-cr-423. United States is represented by Mr. Gregory Lisa and Mr. Robert Tully. Defendant is present and represented by his counsel, Mr. Dmitry Gurovich. We're here for sentencing.

    What do you want to tell me, Mr. Lisa?

    MR. LISA: Good morning.

    THE COURT: Good morning.

    MR. LISA: Your Honor, I think by and large the parties have come to an agreement on the PSI presentence report as well as proper guideline calculations. We would submit that under the factors of 3553(e), considering everything, including the circumstances of the defendant and the circumstances of the case, this is exactly the type of case that should fall within the guideline range.

    The parties have agreed to the plea agreement in paragraph 13, that the government would recommend the low end of the guideline range, which for Count 1 results in a 21 -- 27-month sentence. Per Counts 3 and 4, that would add on a mandatory minimum of 24 months.

    The parties have agreed that Counts 3 and 4, they cannot run concurrently with another sentence. They can, in the Court's discretion, run concurrent to each other.

    We would also recommend that that 27 plus 24 months would result in a 51-month sentence. We respectfully submit that that calculation is appropriate in this case given all the factors enumerated including the guidelines but not limited to them.

    THE COURT: Thank you, Mr. Lisa. Mr. Gurovich?

    MR. GUROVICH: Thank you, Your Honor.

    Your Honor, the defendant agrees with Mr. Lisa's assessment. We are going to remain true to our agreement with just a few requests, Your Honor, if I may.

    THE COURT: Yes.

    MR. GUROVICH: Mr. Chernov's parents have many issues back in Russian, and I have something for the Court with respect to that. I believe his father underwent surgery, and I would like the Court to look at the papers and consider them, if I may.

    THE COURT: Please bring them up. Thank you.

```
                                              5
 1        MR. GUROVICH: Also, Your Honor, I was
 2   wondering if the Court would be inclined to recommend
 3   a camp facility or a minimum facility in California
 4   close to Los Angeles for Mr. Chernov to be
 5   transferred after sentence and as well a RSAT
 6   facility.
 7        THE COURT: All right.
 8        MR. GUROVICH: Thank you, very much.
 9        THE COURT: Thank you. Does your client
10   want to say anything? He has the right to if he
11   wants to; doesn't have to if he doesn't.
12        MR. GUROVICH: No, Your Honor.
13        THE COURT: All right. Let me just glance
14   at these.
15        I have reviewed the resentence report and
16   considered Counsels' presentations and reviewed these
17   medical documents briefly. I believe this is an
18   appropriate situation for the application of the
19   guideline sentence.
20        I will sentence at the low end on Count 1,
21   which is 27 months. I will sentence for Counts 3 and
22   4, 24 months each; however, the sentence on Counts 3
23   and 4 will run concurrently with each other and
24   consecutive to the sentence on Count 1.
25        It is the judgment of the Court that the
```

```
                                              6
 1   defendant, Egor Chernov, is placed in the custody of
 2   United States Bureau of Prisons for a period of 51
 3   months. Upon release from confinement, the defendant
 4   shall be placed in a supervised release for the term
 5   of 36 months.
 6        Within 72 hours of release from the
 7   custody of the Bureau of Prisons, the defendant shall
 8   report in person to the probation office in the
 9   district which the defendant is released.
10        In accordance with the Violent Crime
11   Control and Law Enforcement Act of 1994, the Court
12   orders that the defendant submit to one drug test
13   within 15 days of placement on supervision and at
14   least two periodic drug tests thereafter as directed
15   by the probation office.
16        Pursuant to controlling law, the defendant
17   shall submit to the collection of a DNA sample at the
18   direction of the Bureau of Prisons or probation
19   office. Defendant shall not commit any federal,
20   state, or local crime, and as a convicted felon would
21   be prohibited from possessing a firearm or other
22   dangerous device.
23        In addition, the defendant shall not
24   illegally possess a controlled substance and shall
25   comply with the standard conditions of supervision
```

```
                                              7
 1   adopted by this court. Defendant shall also comply
 2   with the following special conditions:
 3        In the event that the defendant is
 4   deported from the United States, the defendant shall
 5   not illegally re-enter the United States. In the
 6   event the defendant should be released prior to -- he
 7   should contact the United States Probation Office in
 8   the district of release within 72 hours of release.
 9        If the defendant returns to the United
10   States during the period of supervision after being
11   deported, he is instructed to contact the United
12   States Probation Office in the District of Utah
13   within 72 hours of arrival in the United States.
14        Should the defendant not be deported, the
15   defendant will submit to drug and alcohol testing as
16   directed by the probation office and pay a $115 fee
17   to partially defray the costs for testing and shall
18   participate in substance abuse evaluation and/or
19   treatment under a copayment plan as directed by the
20   Probation Office.
21        During the course of treatment, if any,
22   the defendant should not consume alcohol or frequent
23   any establishment where alcohol is the primary item
24   of order. The Court find that the defendant does not
25   have the ability to pay a fine and hereby waives the
```

```
                                              8
 1   fine.
 2        Since he pled guilty to three counts, it
 3   is ordered that the defendant pay a special
 4   assessment fee in the amount of $300. Counts 2, 5,
 5   6, and 7 are dismissed.
 6        The Court recommends that the defendant be
 7   placed in a federal correctional facility as close to
 8   Los Angeles as possible and with as minimal security
 9   as possible. The Court also recommends the RSAT
10   program and also recommends that the defendant
11   receive appropriate medical attention and treatment.
12        Is there anything else?
13        MR. GUROVICH: Just one issue of
14   clarification, if I may. I just want to make sure
15   the defendant is getting credit for the time he's
16   already been in custody.
17        THE COURT: Yeah. That's standard. He's
18   been -- he's been in custody since mid-June of 2007,
19   I think.
20        MR. LISA: That's correct, Your Honor.
21        THE COURT: And that's federal custody.
22   So yes, he will get credit for that.
23        MR. GUROVICH: Thank you.
24        THE COURT: Thank you all. Anything else?
25        MR. LISA: Nothing more from the
```

SHEET 2

9

1 government.
2      THE COURT: We'll be in recess on this
3 matter. Thank you.
4      (Hearing concluded at 10:46 a.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

10

1            REPORTER'S HEARING CERTIFICATE
2 STATE OF UTAH        )
                      ) ss.
3 COUNTY OF SALT LAKE  )
4
5      I, Ashley Davis, Registered Professional Reporter and Notary Public in and for the State of Utah, do hereby certify:
6
7      That said proceeding was taken down by me in stenotype on October 7, 2008, at the place therein
8 named, and was thereafter transcribed, and that a true and correct transcription of said testimony is
9 set forth in the preceding pages;
10
11      I further certify that I am not kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the
12 outcome thereof.
13
14      WITNESS MY HAND AND OFFICIAL SEAL this 4th day of April, 2008.
15
16
17
18 _____
19 Ashley Davis, RPR
    Notary Public
20   Residing in Davis County
21
22
23
24
25

October 7, 2008

CitiCourt, LLC
801.532.3441

WORD INDEX

October 7, 2008

**$**
$115 [1] 7:16
$300 [1] 8:4

**1**
1 [3] 3:23 5:20,24
10:46 [1] 9:4
100 [1] 2:5
13 [1] 3:21
15 [1] 6:13
15250 [1] 2:10
1994 [1] 6:11

**2**
2 [1] 8:4
2:07-cr-423 [1] 3:5
2007 [1] 8:18
2008 [1] 10:14
21 [1] 3:23
24 [3] 3:25 4:6 5:22
27 [2] 4:5 5:21
27-month [1] 3:23

**3**
3 [4] 3:24 4:1 5:21,22
3553(e [1] 3:16
36 [1] 6:5

**4**
4 [4] 3:24 4:2 5:22,23
410 [1] 2:6

**5**
5 [1] 8:4
501 [1] 2:5
51 [1] 6:2
51-month [1] 4:6

**6**
6 [1] 8:5
669-9300 [1] 2:6

**7**
7 [1] 8:5
72 [3] 6:6 7:8,13

**9**
91403 [1] 2:11

**A**
a.m [1] 9:4
ability [1] 7:25
abuse [1] 7:18
accordance [1] 6:10
Act [1] 6:11
add [1] 3:24
addition [1] 6:23
adopted [1] 7:1
agreed [2] 3:20 4:1

agreement [3] 3:13,21 4:16
agrees [1] 4:14
alcohol [3] 7:15,22,23
already [1] 8:16
America [1] 3:4
amount [1] 8:4
and/or [1] 7:18
Angeles [2] 5:4 8:8
another [1] 4:2
application [1] 5:18
appropriate [3] 4:8 5:18 8:11
April [1] 10:14
arrival [1] 7:13
Ashley [1] 10:19
assessment [2] 4:15 8:4
associated [1] 10:11
ASSOCIATES [1] 2:9
attention [1] 8:11
Avenue [1] 2:5

**B**
back [1] 4:20
believe [2] 4:21 5:17
BERK [1] 2:9
Boulevard [1] 2:10
briefly [1] 5:17
bring [1] 4:24
Bureau [3] 6:2,7,18

**C**
CA [1] 2:11
calculation [1] 4:7
calculations [1] 3:15
California [1] 5:3
camp [1] 5:3
cannot [1] 4:2
case [3] 3:18,18 4:8
CERTIFICATE [1] 10:1
Chernov [3] 3:5 5:4 6:1
Chernov's [1] 4:19
circumstances [2] 3:17,17
clarification [1] 8:14
client [1] 5:9
close [2] 5:4 8:7
collection [1] 6:17
come [1] 3:13
commit [1] 6:19
comply [2] 6:25 7:1
concluded [1] 9:4
concurrent [1] 4:4
concurrently [2] 4:2 5:23
conditions [2] 6:25 7:2
confinement [1] 6:3
consecutive [1] 5:24
consider [1] 4:23
considered [1] 5:16

considering [1] 3:16
consume [1] 7:22
contact [2] 7:7,11
Control [1] 6:11
controlled [1] 6:24
controlling [1] 6:16
convicted [1] 6:20
copayment [1] 7:19
correct [1] 8:20
correctional [1] 8:7
costs [1] 7:17
counsel [1] 3:7
Counsels' [1] 5:16
Count [3] 3:23 5:20,24
Counts [6] 3:24 4:1 5:21,22 8:2,4
COUNTY [2] 10:3,20
course [1] 7:21
COURT [21] 3:3,11 4:11,18, 21,22,24 5:2,7,9,13,25 6:11 7:1,24 8:6,9,17,21,24 9:2
Court's [1] 4:3
credit [2] 8:15,22
Crime [2] 6:10,20
custody [5] 6:1,7 8:16,18, 21

**D**
dangerous [1] 6:22
Davis [2] 10:19,20
day [1] 10:14
days [1] 6:13
Defendant [24] 3:6,17 4:14 6:1,3,7,9,12,16,19,23 7:1, 3,4,6,9,14,15,22,24 8:3,6, 10,15
defray [1] 7:17
deported [3] 7:4,11,14
device [1] 6:22
directed [3] 6:14 7:16,19
direction [1] 6:18
discretion [1] 4:3
dismissed [1] 8:5
district [3] 6:9 7:8,12
Dmitry [1] 3:7
DNA [1] 6:17
documents [1] 5:17
down [1] 10:7
drug [3] 6:12,14 7:15
during [2] 7:10,21

**E**
each [3] 4:4 5:22,23
Egor [2] 3:4 6:1
end [2] 3:22 5:20
Enforcement [1] 6:11

enumerated [1] 4:9
establishment [1] 7:23
evaluation [1] 7:18
event [2] 7:3,6
everything [1] 3:16
exactly [1] 3:18

**F**
facility [4] 5:3,3,6 8:7
factors [2] 3:15 4:8
Fairmount [1] 2:5
fall [1] 3:19
father [1] 4:21
federal [3] 6:19 8:7,21
fee [2] 7:16 8:4
felon [1] 6:20
few [1] 4:16
find [1] 7:24
fine [2] 7:25 8:1
firearm [1] 6:21
following [1] 7:2
forth [1] 10:9
frequent [1] 7:22
FURRER [1] 2:4

**G**
getting [1] 8:15
given [1] 4:8
glance [1] 5:13
government [2] 3:21 9:1
Gregory [2] 2:3 3:6
guideline [4] 3:14,19,22 5:19
guidelines [1] 4:9
guilty [1] 8:2
GUROVICH [10] 2:9 3:8 4:12,13,19 5:1,8,12 8:13,23

**H**
Hearing [2] 9:4 10:1
hereby [1] 7:25
Honor [7] 3:12 4:13,14,17 5:1,12 8:20
hours [3] 6:6 7:8,13
however [1] 5:22

**I**
illegally [2] 6:24 7:5
inclined [1] 5:2
including [2] 3:16 4:9
instructed [1] 7:11
issue [1] 8:13
issues [1] 4:20
item [1] 7:23

**J**
judgment [1] 5:25

CitiCourt, LLC
801.532.3441

**L**
LAKE [1] 10:3
large [1] 3:13
Law [2] 6:11,16
least [1] 6:14
limited [1] 4:9
Lisa [8] 2:3 3:6,9,10,12 4:11 8:20,25
Lisa's [1] 4:15
local [1] 6:20
look [1] 4:22
Los [2] 5:4 8:8
low [2] 3:22 5:20

**M**
mandatory [1] 3:24
many [1] 4:20
matter [2] 3:4 9:3
medical [2] 5:17 8:11
mid-June [1] 8:18
minimal [1] 8:8
minimum [2] 3:25 5:3
months [6] 3:25 4:6 5:21,22 6:3,5
morning [3] 3:3,10,11
much [1] 5:8

**N**
named [1] 10:8
Notary [1] 10:5
Nothing [1] 8:25

**O**
Oaks [1] 2:11
office [7] 6:8,15,19 7:7,12,16,20
one [2] 6:12 8:13
order [1] 7:24
ordered [1] 8:3
orders [1] 6:12
other [3] 4:4 5:23 6:21
otherwise [1] 10:11
outcome [1] 10:12

**P**
pages [1] 10:9
papers [1] 4:23
paragraph [1] 3:21
parents [1] 4:19
partially [1] 7:17
participate [1] 7:18
parties [4] 3:13,20 4:1 10:11
pay [3] 7:16,25 8:3
Per [1] 3:24
period [2] 6:2 7:10
periodic [1] 6:14

person [1] 6:8
placed [3] 6:1,4 8:7
placement [1] 6:13
PLAINTIFF [1] 2:2
plan [1] 7:19
plea [1] 3:20
Please [1] 4:24
pled [1] 8:2
plus [1] 4:5
possess [1] 6:24
possessing [1] 6:21
possible [2] 8:8,9
preceding [1] 10:9
present [1] 3:7
presentations [1] 5:16
presentence [1] 3:14
primary [1] 7:23
prior [1] 7:6
Prisons [3] 6:2,7,18
probation [7] 6:8,15,18 7:7,12,16,20
proceeding [1] 10:7
program [1] 8:10
prohibited [1] 6:21
proper [1] 3:14
PSI [1] 3:14
Public [1] 10:5
Pursuant [1] 6:16

**R**
range [2] 3:19,22
re-enter [1] 7:5
receive [1] 8:11
recess [1] 9:2
recommend [3] 3:22 4:5 5:2
recommends [3] 8:6,9,10
release [5] 6:3,4,6 7:8,8
released [2] 6:9 7:6
remain [1] 4:15
report [3] 3:14 5:15 6:8
Reporter [1] 10:5
REPORTER'S [1] 10:1
represented [2] 3:5,7
requests [1] 4:16
resentence [1] 5:15
Residing [1] 10:20
respect [1] 4:21
respectfully [1] 4:7
result [1] 4:6
results [1] 3:23
returns [1] 7:9
reviewed [2] 5:15,16
Robert [1] 3:6
RPR [1] 10:19
RSAT [2] 5:5 8:9

run [3] 4:2,3 5:23
Russian [1] 4:20

**S**
SALT [1] 10:3
sample [1] 6:17
security [1] 8:8
SEIGEL [1] 2:4
sentence [9] 3:23 4:3,6 5:5, 19,20,21,22,24
sentencing [1] 3:8
set [1] 10:9
shall [9] 6:4,7,17,19,23,24 7:1,4,17
Sherman [1] 2:11
Since [2] 8:2,18
situation [1] 5:18
special [2] 7:2 8:3
standard [2] 6:25 8:17
state [3] 6:20 10:2,5
States [9] 3:4,5 6:2 7:4,5,7,10,12,13
submit [5] 3:15 4:7 6:12,17 7:15
substance [2] 6:24 7:18
Suite [1] 2:5
supervised [1] 6:4
supervision [3] 6:13,25 7:10
surgery [1] 4:22

**T**
term [1] 6:4
test [1] 6:12
testing [2] 7:15,17
tests [1] 6:14
thereafter [2] 6:14 10:8
thereof [1] 10:12
three [1] 8:2
transcribed [1] 10:8
transferred [1] 5:5
treatment [3] 7:19,21 8:11
true [1] 4:15
TULLY [2] 2:4 3:6
two [1] 6:14
type [1] 3:18

**U**
under [2] 3:15 7:19
underwent [1] 4:22
United [9] 3:4,5 6:2 7:4,5,7, 9,11,13
up [1] 4:24
Utah [2] 7:12 10:2

**V**
Ventura [1] 2:10
versus [1] 3:4

Violent [1] 6:10

**W**
waives [1] 7:25
wants [1] 5:11
will [5] 5:20,21,23 7:15 8:22
within [5] 3:19 6:6,13 7:8,13
wondering [1] 5:2