G. FRED METOS - 2250
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014
_____

### IN THE UNITED STATES DISTRICT COURT IN AND FOR
### THE DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | | **ORDER TO WITHDRAW** |
| | : | **AS COUNSEL** |
| **v.** | | |
| | : | |
| **EGOR CHERNOV,** | | Case No. 2:07 CR 423 |
| | : | |
| **Defendant.** | | |

_____

Based on the notice of appearance of counsel filed by Jeremy Delicino and motion of counsel of record, G. Fred Metos;

It is hereby ORDERED that G. Fred Metos is allowed to withdraw as counsel of record for the defendant Egor Chernov in the above-entitled case.

DATED this 9th day of April, 2010.

_____
DALE KIMBALL
United States District Court Judge

# CERTIFICATE OF SERVICES

I hereby certify that on this 8th day of April, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

**Carlos A. Esqueda**
carlos.esqueda@usdoj.gov,julie.almand@usdoj.gov
**Dmitry Y. Gurovich**
gba_law@yahoo.com
**Gregory C. Lisa**
gregory.lisa@usdoj.gov,robert.tully@usdoj.gov,james.mckenzie@usdoj.gov
**Daniel Wayne McKay**
dmckay@hmho-law.com,ssmith@hmho-law.com
**Jerome H Mooney**
jerrym@mooneylaw.com,jmooney@mooneylaw.com
**Jerry D. Reynolds**
jridaho@hotmail.com
**Robert S. Tully**
robert.tully@usdoj.gov
**Thomas C. Wooldridge**
wooldridge@wjlawoffice.com

/s/ Lannea Butler